RECEIVED
IN LAKE CHARLES, LA
DEC - 5 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LEE R. BREAUX | : | DOCKET NO. 04-1145 |
| VS. | : | JUDGE MINALDI |
| JO ANN B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly,

It is ORDERED that attorney's fees are fixed at $ 3,750.00.

It is further ORDERED that $ 13.26 in expenses are awarded.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ____ day of _____, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE